# UNITED STATES DISTRICT COURT
# DISTRICT OF NEVADA

MICHAEL EUGENE HUBER,

    Petitioner,

vs.

WARDEN BACA, et al.,

    Respondents.

Case No. 3:14-cv-00083-RCJ-VPC

**ORDER**

    The court directed petitioner to show cause why this action should not be dismissed because it is untimely and successive.  Order (#3).  Petitioner has not responded within the allotted time, and the court will dismiss the action.

    Reasonable jurists would not find the court's conclusion to be debatable or wrong, and the court will not issue a certificate of appealability.

    IT IS THEREFORE ORDERED that this action is **DISMISSED** with prejudice as untimely and successive.  The clerk of the court shall enter judgment accordingly.

    IT IS FURTHER ORDERED that a certificate of appealability is **DENIED**.

Dated:  This 19th day of November, 2014.

                                          _____
                                          ROBERT C. JONES
                                          United States District Judge